UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 OCT 14  P 3: 52

YOLANDA SAAVEDRA DE BARRETO,    :    CIV. NO. 3:02CV283 (PCD)
  Petitioner,                   :
                                :         S. DISTRICT C
                                :         NEW HAVEN, COM
v.                              :

IMMIGRATION AND NATURALIZATION:
  SERVICE,                      :
Respondent.                     :    OCTOBER 14, 2003

<u>RESPONDENT'S MOTION FOR LEAVE TO TAKE DEPOSITION</u>

Pursuant to Rule 30(a)(2) of the Federal Rules of Civil
Procedure, the Respondent hereby moves for leave of Court to take
the deposition of petitioner, Yolanda Saavedra De Barreto, a
person confined in prison.

As grounds for this motion, counsel for respondent submits
that the Court has placed this matter on the court trial calendar
to be heard sometime after November 3, 2003.  Accordingly, for
trial preparation purposes, the respondent desires to depose the
petitioner regarding the petition for writ of habeas corpus and
the bases for the claims asserted therein. <u>See</u> <u>also</u> 28 U.S.C.
section 2246.

On October 1 and October 14, 2003, the undersigned consulted
with counsel for petitioner, Attorney Michael Boyle, regarding
this motion.  Attorney Boyle has agreed to the deposition of his
client in this matter.

For the reasons set forth above, it is requested that leave
be granted to depose the petitioner.

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              WILLIAM M. BROWN, JR.
                              ASSISTANT UNITED STATES ATTORNEY
                              157 CHURCH STREET
                              NEW HAVEN, CONNECTICUT 06510
                              (203) 821-3700
                              FEDERAL BAR NO. ct20813

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

Attorney Michael Boyle
169 Montowese Avenue
North Haven, CT 06473

Dated at New Haven, Connecticut this 14th day of October, 2003.

WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY

3