UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YOLANDA SAAVEDRA DE BARRETO, Petitioner, | : | CIV. NO. 3:02CV283 (PCD) |
| v. | : | |
| IMMIGRATION AND NATURALIZATION SERVICE, Respondent. | : | OCTOBER 14, 2003 |

### RESPONDENT'S MOTION FOR LEAVE TO TAKE DEPOSITION

Pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, the Respondent hereby moves for leave of Court to take the deposition of petitioner, Yolanda Saavedra De Barreto, a person confined in prison.

As grounds for this motion, counsel for respondent submits [that] the Court has placed this matter on the court trial calendar [to] be heard sometime after November 3, 2003. Accordingly, for [tri]al preparation purposes, the respondent desires to depose the [pet]itioner regarding the petition for writ of habeas corpus and [the] bases for the claims asserted therein. See also 28 U.S.C. [sec]tion 2246.

On October 1 and October 14, 2003, the undersigned consulted with counsel for petitioner, Attorney Michael Boyle, regarding this motion. Attorney Boyle has agreed to the deposition of his client in this matter.