UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
JAN 16  3 24 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| Yolanda Saavedra DE BARRETO, :<br>    Petitioner,<br><br>vs.<br><br>IMMIGRATION AND<br>NATURALIZATION SERVICES<br>    Respondent. | :<br>:<br>:<br>:  Case No: 3:02cv283 (PCD)<br>:<br>:<br>:<br>: |

### ENDORSEMENT ORDER

Petitioner's Motion to Authorize Deposition [Doc. No. 36] is **granted**.

SO ORDERED.

Dated at New Haven, Connecticut, January 16, 2004.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court