# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| YOLANDA SAAVEDRA DE BARRETO | : | 3:02CV283 (PCD) |
| Petitioner, | : | |
| V. | : | |
| IMMIGRATION AND NATURALIZATION service | : | |
| Respondent. | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves to withdraw the appearance of Assistant United States Attorney Deborah Douglas. Assistant United States Attorney Douglas is no longer employed by the office and the undersigned has filed an appearance in this matter.

Accordingly, it is requested that this motion be granted.

Respectfully submitted

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

WILLIAM M. BROWN, JR.
ASSISTANT U. S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
FEDERAL BAR # ct20813

## CERTIFICATION

This is to certify that a copy of the within and foregoing has been mailed, postage pre-paid this 22nd day of January, 2004 to:

Michael Boyle, Esq.
Law Offices of Michael Boyle
169 Montowese Avenue
North Haven, Connecticut 06473

_____
WILLIAM M. BROWN JR.