**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| YOLANDA SAAVEDRA DE BARRETO | : | 3:02CV283 (PCD) |
| Petitioner, | : | |
| v. | : | |
| IMMIGRATION AND NATURALIZATION SERVICE | : | |
| Respondent. | : | JANUARY 22, 2004 |

### NOTICE OF APPEARANCE

Please enter the appearance of William M. Brown, Jr., Assistant United States Attorney, as counsel for the respondent Immigration and Naturalization Service, in the above-referenced case. My appearance is in lieu of the appearance of Deborah Douglas, Assistant United States Attorney, United States Attorney's Office, Department of Justice.

Respectfully submitted

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

WILLIAM M. BROWN, JR.
ASSISTANT U. S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
Federal Bar #ct20813

## **CERTIFICATION**

This is to certify that a copy of the within and foregoing has been mailed, postage pre-paid this 22nd day of January, 2004 to:

Michael Boyle, Esq.
Law Offices of Michael Boyle
169 Montowese Avenue
North Haven, Connecticut 06473

_____
WILLIAM M. BROWN JR.