UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| YOLANDA SAAVEDRA DE BARRETO : | |
| : | |
| VS.   : | CASE NO. 3:02CV283 (PCD) |
| : | |
| IMMIGRATION AND NATURALIZATION : | |
| SERVICE : | |

**ENDORSEMENT ORDER**

The Motion to Withdraw Appearance, document no. 38, is GRANTED.

SO ORDERED. Dated at New Haven, Connecticut, this 13th day of February, 2004.

                          /s/
                      Peter C. Dorsey, U.S. District Judge
                      United States District Court