UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DeBarreto<br>v.<br>INS | Civil No. 3:02cv283 (PCD)<br><br>March 2, 2005 |

PETITIONER'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, the petitioner moves for summary judgment. There is no genuine issue of material fact in this case, and the petitioner is entitled to summary judgment as a matter of law. The petitioner's Local Rule 9(c)1 statement and a memorandum of law are attached.

Petitioner Yolanda Saavedra De Barreto, by

Michael Boyle, her attorney
Federal bar ct13518 Juris 408629
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473
203 239-2299, fax 203 985-8207

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by hand March 3, 2005 to: William Brown, AUSA, Office of the U.S. Attorney, 157 Church Street, 27th floor, New Haven, CT 06510.

Michael Boyle

1