*DEA, Threat Assessment for
Yolanda Saavedra
Exhibit A*

Threat Assessment for Yolanda SAAVEDRA

On December 15, 1992, the Drug Enforcement Administration (DEA), New York Field
Division (NYFD), Group D-23 made several arrests of individuals in a conspiracy
to distribute several kilograms of cocaine throughout the New York Metropolitan
area.  Yolanda SAAVEDRA was one of the individuals arrested on this date.
SAAVEDRA subsequently became a cooperating defendant for the Drug Enforcement
Administration. Since 1992, Yolanda SAAVEDRA has been providing information and
services to NYFD, GROUP D-23.

SAAVEDRA testified against Matilda HERRERA in March 1994.  HERRERA was charged
with conspiracy to import cocaine into the United States and sentenced to over
10 years in prison.  SAAVEDRA claims that she was approached by HERRERA'S sister
during a court recess.  HERRERA'S sister threatened SAAVEDRA by saying "things
are not going to stay like this".  Matilda HERRERA is part of a violent drug
cartel in Cali, Colombia.  It has been reported that HERRERA had her own brother
killed in Colombia.

Sometime in 1998 or 1999, SAAVEDRA'S son, Mauricio and daughter Marta were
telephoned at different locations in Colombia on separate occasions and
threatened.  Marta subsequently moved herself and her children to SAAVEDRA's
mother's house in Buga Valle, Colombia.  Marta was also telephoned there by a
stranger who threatened her and wanted to know the whereabouts of her mother,
SAAVEDRA.  Marta feared for her life and the lives of her children and
immediately moved back to the U.S.

In 2003, Juan Carlos Trujillo approached SAAVEDRA'S son, Mauricio at a Western
Union in Cali, Colombia.  Trujillo said to Mauricio, "tell your mother I've
located her co-informant".  Trujillo is an associate of the RODRIQUEZ family.
The RODRIQUEZ organization is reportedly a well established, violent cartel in
Colombia.  SAAVEDRA and another DEA Confidential Source were instrumental in
providing information that led to the arrest of Jorge LNU, an associate of the
RODRIQUEZ family.  In addition, $700K in U.S. currency and 280 grams of heroin
were seized.

Ms. Saavedra has a criminal record but the DEA does not believe she poses a
threat to the community.  She is expected to abide by the laws of the United
States and is willing to testify in any criminal trials.  Ms. Saavedra's prior
cooperation with the DEA resulted in 81 arrests, the seizures of 4 kilograms of
heroin, 850 kilograms of cocaine and over $3 million dollars in U.S. currency.

These threats have been corroborated with Special Agents that have worked with
SAAVEDRA on previous narcotics investigations.

# REQUEST FOR SIGNIFICANT PUBLIC BENEFIT PAROLE
## TEMPLATE

**Part A. Information (by Applicant)**

1. **Name:**

SAAVEDRA
(Last)

Yolanda                                        Barreto
(First)                                        (Middle)

**2. Alien Number (A#)**        **3. Date of Birth (mm/dd/yy)**        **4. Gender (check one)**

A-37471341                        09/05/1945                        ____ Male __X_ Female

**5. Aliases**                **6. Country of Birth**                **7. Country of Residence**

                              Colombia                              United States

**8. Passport Number**        **9. Country of Issuance**        **10. Expiration Date (mm/dd/yy)**
   CC29279366                 Colombia                              UNK

*Please check*

1. Cooperating Source __XX__    2. Witness _____    3. Defendant ____

4. Dependent _____ (relationship to cooperating source) _____

*Note: All information must be completed*

Expected date of travel to the U.S. (mo., day, and yr.) TBA

Consulate or issuing Post (Abroad) __

Port of Entry (where subject will enter US; City, State) ____New York, NY____

Location where Parolee will reside (*city, state, are required at minimum*)

City___Queens_____ State__NY_____

xpected Departure Date: (mo., day, yr.)*

*Initial approval may not exceed 90 days. If this case requires an extension, you may request through the local INS District Office. Any extension or changes in status are to be reported to the requesting agency headquarters, who in turn will notify the INS Headquarters Parole and Humanitarian Branch.*

*Please note that in accordance with the Significant Public Benefit Parole Annex Headquarters (HQ)
INS Parole Branch MUST be notified of ALL extensions, and when the Alien departs the United States.*

*Note: This information must be completed in order to receive consideration.*

1. Case Agent (*first, last*):  _Fred DiRenzo_

2. Daytime telephone number (*include area code*)  _(212) 337-2830_

3. Fax number  _(212) 337-2806_

*Supplemental Information:*

Requesting Agency:  Drug Enforcement Administration

Group Supervisor name (*first, last*)  **Gavin Kersellius**

Daytime telephone number (*including area code*)  _(212) 337-2831_

Fax number  _CS Room Fax#(212) 337-3962_

LEA Headquarters reviewing agent name (first, last)  _Don Augustine_

Phone number:  _202-307-4271_

Fax number:  _202-307-4191_

*Note: Please complete all information below.*

1. Is Subject currently in the United States:  _X_ Yes  ___ No

2. Subject's current Immigration Status:  _Illegal alien_

3. Has Subject ever been deported/presently under deportation proceedings:  _X_Yes ___No

    (*if yes, where and when*)  City, State: Niantic, Connecticut (present deportation proceedings)

If agency is requesting approval in less than 5 business days, complete the following and fax the form to
HQIAO Parole and Humanitarian Assistance Branch, 202-514-0542.

**Why is expedited approval necessary?** _Yolanda Saavedra will be facing deportation to Colombia in late
April 2004.  Saavedra's assistance and success with DEA has resulted in numerous threats to her life as well as
to the lives of her children.  Her deportation to Colombia could result in serious injury and or death. At this time,
Saavedra has identified and can infiltrate numerous heroin and cocaine trafficking organizations.  It is believed
that due to Saavedra's desire to remain in the United States for safety purposes, coupled with her successful work
with the NYFD, she would be a major asset to DEA_

Are there any alternatives short of parole to address the immediate danger or
emergency? No

*Please answer each question as completely as possible (attach additional sheet(s) if necessary)*

Significance and value of Parolee to this case :

_SAAVEDRA's cooperation in the past has resulted in 81 arrests and seizures exceeding 850 kilograms of cocaine
and 3 Million dollars in US currency._

2

07/20/04 08:48 FAX 203 773 5372 US ATTORNEY'S OFFICE NH Case 3:02-cv-00285-PCD Document 42-2 Filed 03/08/2005 Page 4 of 6 ☒006
P.03

JUL-19-2004 13:21

2. Parolee's criminal involvement in this or any other case: *(Please attach or describe criminal and/or arrest record listing ALL criminal convictions*

*Criminal history record is attached.*

3. Risk of Parolee to public safety and/or threat Parolee presents to national security. List and explain proposed security precautions if necessary.

*Yolanda SAAVEDRA DOB: 9/05/1945*

4. Financial responsibility for subject (Please explain manner in which Parolee's living expenses will be met.)

*Parolee will resume employment as Hotel housemaid*

5. Acquaintance/Relatives in the United States *(Please include name(s), relationship and current location, i.e. City and State; attach additional sheet(s) if necessary))*
Marta Fuertes (daughter) 212 River Drive, Lake Hiawatha, NJ

Is this request submitted for the protection of the alien? Yes **X** No ___ (If yes please attach threat assessment)

7. Is the U. S. Attorneys Office aware of the use of this individual? Yes _X_ No ____

8. Do they concur with our use of this individual? Yes _X_ No ____

9. Provide the Name of the concurring Assistant United States Attorney, and their District
*AUSA John M. McEnany, Southern District of New York*

**Certification of Template/Notification**

*As the group supervisor I understand that, should this parole be granted, it is MY responsibility to report the parolee's entry, and any subsequent changes in their parole status (i.e., departure, extension, or change in status to my headquarters, who will in turn notify the INS Headquarters Parole and Humanitarian Assistance Branch.*

Signature:_____          Date: (mm/dd/yy)_____

Print Name:___ *Gavin Kersellius* ____

3

07/20/04  08:49 FAX 203 773 5373     US ATTORNEY'S OFFICE NH     Case 3:02-cv-00283-PCD     Document 42-2     Filed 03/08/2005     Page 5 of 6     ☒007

P.04

JUL-19-2004  13:22

# Memorandum



| Subject | Date |
|---|---|
| Request for a Significant Public Benefit Parole Visa for Yolanda Saavedra | |

| To | From |
|---|---|
| Ava Cooper-Davis<br>Chief<br>Operations Management | Anthony P. Placido<br>Special Agent in Charge<br>New York Field Division |

The Drug Enforcement Administration (DEA), New York Field Division (NYFD), Group D-23, requests that a Significant Public Benefit Parole (SPBP) Visa be granted for Ms. Yolanda Saavedra for a period of ninety (90) days. On June 25, 2001, Ms. Saavedra was arrested for shoplifting and was sentenced to three months imprisonment. She is currently detained, awaiting deportation by Immigration and Customs Enforcement (ICE). Ms. Saavedra has agreed to work for the DEA as a cooperating source and will assist the NYFD, Group D-23, in targeting multiple priority targets distributing large-scale amounts of heroin and cocaine in the New York City Metropolitan area. Ms. Saavedra's ability to provide actionable intelligence on Colombian and Dominican nationals would be very instrumental in the identification and dismantling of priority targets based in the Northeastern U.S.

Ms. Saavedra's date of birth is September 5, 1944. Her alien number is A-37471341 and she currently resides in the York Correctional Institute, Niantic, Connecticut. After being released from jail, Ms. Saavedra will reside in College Point, Queens, NY. Special Agent (SA) Kevin Gains, ICE, has confirmed that Ms. Saavedra is an illegal alien.

Ms. Saavedra has a criminal record but the DEA does not believe she poses a threat to the community. She is expected to abide by the laws of the United States (U.S.) and is willing to testify in any criminal trials. Ms. Saavedra's prior cooperation with the DEA resulted in 81 arrests, the seizures of 4 kilograms of heroin, 850 kilograms of cocaine and over $3 million dollars in U.S. currency.

On March 12, 2004, Assistant United States Attorney John M. McEnany, Southern District of New York, concurred with the SPBP request for Ms. Saavedra. The Group D-23 controlling agents will be SAs Fred DiRenzo and Luis Infante. Attached is a copy of Ms. Saavedra's criminal history record, NADDIS report, the Department of Homeland Security SPBP template and a Threat Assessment.

Questions concerning this request should be directed to NYFD, GS Gavin Kersellius at (212)337-2831 or SAs Fred DiRenzo and Luis Infante at (212)337-2830.

cc: Anthony P. Placido, SAC
    Wilbert L. Plummer, Assoc. SAC
    John H. Austin, Jr., ASAC, Div. D-20
    Gavin Kersellius, GS, D-23