UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YOLANDA SAAVEDRA DE BARRETO, : <br> A 37 471 341, Petitioner : <br> : <br> V. : <br> : <br> IMMIGRATION AND : <br> NATURALIZATION SERVICE, : <br> Respondent : | Civil No. 3:02CV283 (PCD) <br><br><br><br> MARCH 29, 2005 |

**MOTION FOR EXTENSION OF TIME**

The respondent hereby seeks an extension of time in order to respond to the petitioner's motion for summary judgment filed March 8, 2005. The parties have engaged in extensive discussions regarding this matter, have conducted both formal and informal discovery and have been working to obtain an approval of a "deferred action request." This would allow the petitioner to be released from custody and defer her removal for a one year period while an application for a S-Visa is perfected. In the past several weeks information concerning petitioner's birthplace in Columbia, where she would be staying with family members when released and her criminal history have been provided by petitioner and forwarded to the Drug Enforcement Administration. It is estimated that the deferred action request should be approved through the Drug Enforcement Administration acting with the Immigration and Customs Enforcement as a partner, within the next several weeks. Accordingly, respondent

requests that the time for responding to petitioner's motion for summary judgment be extended until April 29, 2005. There have been no other requests for extension of time relating to this motion for summary judgment. Petitioner's counsel has been contacted and has no objection to this request.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        JOHN B. HUGHES
        UNITED STATES ATTORNEY'S OFFICE
        ASSISTANT U.S. ATTORNEY
        157 CHURCH STREET
        P.O. BOX 1824
        NEW HAVEN, CT 06508
        TELEPHONE NO. (203) 821-3700
        FEDERAL BAR NO. CT05289
        JOHN.HUGHES@USDOJ.GOV

## CERTIFICATION

This is to certify that a copy of the within and foregoing Motion for Extension of Time was mailed, postage prepaid on March 28, 2005 to all parties and counsel of record.

Michael Boyle
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473

                                                    _____
                                                    JOHN B. HUGHES
                                                    CHIEF, CIVIL DIVISION