UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YOLANDA SAAVEDRA DE BARRETO, : | |
| A 37 471 341, Petitioner : | Civil No. 3:02CV283 (PCD) |
| : | |
| V. : | |
| : | |
| IMMIGRATION AND : | APRIL 28, 2005 |
| NATURALIZATION SERVICE, : | |
| Respondent : | |

## MOTION FOR EXTENSION OF TIME

The respondent hereby seeks an extension of time in order to respond to the petitioner's motion for summary judgment filed March 8, 2005. The parties have engaged in extensive discussions regarding this matter, have conducted both formal and informal discovery and have been working to obtain an approval of a "deferred action request." This would allow the petitioner to be released from custody and defer her removal for a one year period while an application for a S-Visa is perfected. Subsequent to the previous motion for extension of time additional information was obtained from the petitioner and included by the Drug Enforcement Administration in its submission of the deferred action request to the Immigration and Customs Enforcement Headquarters. It is estimated that the submitted deferred action request should be approved by Immigration and Customs Enforcement, within the next several weeks. Accordingly, respondent requests that the time for responding to petitioner's

motion for summary judgment be extended until May 27, 2005. There has been one prior request for extension of time relating to this motion for summary judgment. Petitioner's counsel has been contacted and has stated that he takes no position with regard to this request.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    /s/ John B. Hughes

    JOHN B. HUGHES
    UNITED STATES ATTORNEY'S OFFICE
    ASSISTANT U.S. ATTORNEY
    157 CHURCH STREET
    P.O. BOX 1824
    NEW HAVEN, CT 06508
    TELEPHONE NO. (203) 821-3700
    FEDERAL BAR NO. CT05289
    JOHN.HUGHES@USDOJ.GOV

**CERTIFICATION**

This is to certify that a copy of the within and foregoing Motion for Extension of Time was mailed, postage prepaid on March 28, 2005 to all parties and counsel of record.

Michael Boyle
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473

_____
JOHN B. HUGHES
CHIEF, CIVIL DIVISION