UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Yolanda Saavderda de Barreto,<br>    Petitioner<br>v.<br>Immigration and Naturalization Service,<br>    Respondents | No. 3:02cv283 (PCD)<br><br>September 22, 2005 |

## APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel on this case for Yolanda Saavedra de Barreto.

I am co-counsel with Attorney Michael Boyle.

Justin Conlon,
federal bar ct26187; juris 421914
Law Offices of Michael Boyle
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473-0335
203 239-2299, fax 203 985-8207
jconlon@immigrantcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was mailed first class, postage prepaid, on September 22, 2005 to AUSA John Hughes, Office of the U.S. Attorney, 157 Church Street, New Haven, CT 06510.

Justin Conlon

1