# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Yolanda Saavedra De Barreto,<br>Petitioner<br>v.<br>Michael Chertoff, Secretary of Homeland Security, et al.<br>    Respondents | No. 3:02cv283(PCD)<br><br>September 22, 2005 |

## MOTION FOR LEAVE TO FILE REPLY BRIEF OUT OF TIME

The Petitioner, Yolanda Savvedra De Barreto through counsel, moves the Court for leave to file her reply to the government's motion to transfer pursuant to the REAL ID Act dated August 26, 2005 out of time. Under Local Rule 7(a), the petitioner's response was due on September 19, 2005. The petitioner's counsel faced family concerns – the death of his grandmother on August 31, 2005 – that caused him to be away from his legal practice the afternoon of Friday September 2, 2005 and Tuesday September 6, 2005. This caused an unforeseen delay in work in the instant case and other cases pending before the Immigration Court. In addition, the complicated nature of the issues presented by the government's motion and the recency of the statutory provisions cited created additional work beyond that typically required by a motion of this type. Therefore, the petitioner requests that the Court accept her brief out of time. The petitioner's counsel has attempted to contact opposing counsel – AUSA John Hughes – but has been unable to reach him and ascertain the government's position on the instant motion.

1

Respectfully submitted for
Petitioner Yolanda Saavedra de Barreto, by


Her attorney,
Justin Conlon
Federal bar ct26187, juris421914
Law Offices of Michael Boyle
250 State Street, Unit C2
P.O. Box 335
North Haven, CT 06473
203 239-2299, fax 203 985-8207


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served by first class mail, postage pre-paid on September 22, 2005 to: Office of the U.S. Attorney, Attn: AUSA John Hughes, 157 Church Street, 27th Floor, New Haven, CT 06510.


Justin Conlon